IN THE MATTER OF EDWARD S. PARSELLS. — Order reversed, petition dismissed, with costs and disbursements. Opinion *Per Curiam.*

IN THE MATTER OF STEPHEN H. TYNG. — Orders affirmed, without costs. Opinion by BRADY, J.

JOHN H. BROWNING, *Appellant, v.* OLIVER W. MARVIN, *Respondent.* — Judgment affirmed, with costs. Opinion by BRADY, J.

SARAH TAYLOR, *Appellant, v.* WILLIAM P. STYMUS, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Opinion by BRADY, J.

JOHN L. HUBBARD, *Appellant, v.* CHARLES R. OTIS, *Respondent.* — Order modified as directed in opinion. Opinion by BRADY, J.

LUCIEN BIRDSEYE, *Respondent, v.* CHARLES W. GODDARD, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

JOHN MURPHY and another, *Plaintiffs, v.* JASPER R. RAND and ADDISON C. RAND, *Appellants, Impleaded with* JOHN MULHOLLAND and THE BOWERY NATIONAL BANK, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

SETH M. MILLIKEN, *Respondent, v.* ANDREW McLEAN, *Appellant.* — Judgment and order affirmed. Opinion by DAVIS, P. J.

IN THE MATTER OF SAMUEL A. LEWIS. — Decree affirmed, with costs. Opinion by DANIELS, J.

GEORGE H. HIGGINS, *Respondent, v.* HANNAH W. HIGGINS, *Appellant.* — Judgment reversed, new trial ordered, without costs. Opinion by DANIELS, J.

JOHN E. WALLER, *Respondent, v.* LEWIS LYON, *Appellant.* — Judgment reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

HENRY E. SPRAGUE, *Respondent, v.* EDWIN BUTTERWORTH and others, *Appellants.* — Judgment and order affirmed. Opinion by DANIELS, J.

CHARLES F. HOLLY, *Respondent, v.* THE METROPOLITAN LIFE INSURANCE COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

JOHN FAY and another, *Respondents, v.* JOHN T. LYNCH, *Appellant, Impleaded, etc.* — Judgment affirmed. Opinion by DANIELS, J.

PHILIP SCHULHOFF, *Respondent, v.* CO-OPERATIVE DRESS ASSOCIATION, *Appellant.*

SAME *v.* SAME. — Orders affirmed, with ten dollars costs and disbursements in one case. Opinion by DAVIS, P. J.

ALEXANDER VANDENBURGH and others, *Appellants, v.* WILLIAM H. HALLOCK and others, *Respondents.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DANIELS, J.